IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40074
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

JORGE DANIEL MASARIEGO-RIVERA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-518-1
--------------------

December 16, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jorge Daniel Masariego-Rivera has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Masariego-Rivera did not file a response to counsel's motion to withdraw. Our independent review of counsel's brief and the record discloses no nonfrivolous issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

further responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u>

5TH CIR. R. 42.2.